BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7317
    FAX: (415) 436-7234
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCOS ANTHONY HATCH, <br><br> Defendant. | No. CR 17-0301 JST <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: June 16, 2017 to August 4, 2017 <br> Time: 9:30 a.m. |

The parties appeared before the Honorable Jon S. Tigar on June 16, 2017, for an initial status conference. The government explained that it has produced the bulk of discovery in the case, but anticipates at least one more production. The government also represented that its investigation into the alleged firearms trafficking is ongoing. Defense counsel explained that he is still reviewing the discovery produced by the government to date and needs additional time to assess the case and review options with Mr. Hatch. The parties requested, and the Court granted, a continuance until August 4, 2017. The parties also stipulated, and the Court ordered, that time between June 16, 2017 and August 4, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

///

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0301 JST    1

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: June 16, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: June 16, 2017

/s/
HARRIS B. TABACK
Counsel for Defendant Marcos Anthony Hatch

Attestation of Filer

In addition to myself, the other signatory to this document is Harris Taback. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: June 16, 2017

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

For the reasons stated, this matter is continued until August 4, 2017 at 9:30 a.m. The time between June 16, 2017 and August 4, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: June 20, 2017

HONORABLE JON S. TIGAR
United States District Judge

STIP. AND PROPOSED ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0301 JST
2