1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7317
7       FAX: (415) 436-7234
        katherine.wawrzyniak@usdoj.gov

8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,          )  No. CR 17-0301 JST
14                                     )
            Plaintiff,                 )  STIPULATION AND [PROPOSED]
15                                     )  ORDER CONTINUING STATUS CONFERENCE
       v.                              )  AND EXCLUDING TIME FROM AUGUST 4, 2017
16                                     )  TO OCTOBER 6, 2017
   MARCOS ANTHONY HATCH,              )
17                                     )
            Defendant.                 )
18   _____)

19          A status conference in this matter is currently set for August 4, 2017, at 9:30 a.m.  The

20  undersigned Assistant United States Attorney unexpectedly has to attend an out-of-state funeral on that

21  date.  In addition, the government recently obtained a Superseding Indictment in this matter (ECF 15)

22  which adds a new defendant, John Manuel Dovala, and one new count as to Hatch: conspiracy to deal in

23  firearms without a license, in violation of 18 U.S.C. § 371.  The government will be producing to

24  defense counsel a significant amount of additional discovery related to the conspiracy.

25          In light of the foregoing, the parties are in agreement that the August 4 status conference should

26  be continued.  Defense counsel will need additional time to evaluate the forthcoming discovery on the

27  conspiracy count and may wish to coordinate, at least to some degree, with counsel for co-defendant

28
   STIP. AND [PROPOSED] ORD. CONT. & EXCL. TIME UNDER S.T.A.
   CR 17-0301 JST                          1

Dovala. The parties anticipate that the case as to Hatch will resolve without a trial, and additional time will also allow for plea negotiations.

In terms of rescheduling, however, defense counsel Harris Taback's next available date is Friday, October 6, 2017, owing to scheduling conflicts in August and a planned sabbatical during the entire month of September. Accordingly, the parties hereby request and stipulate that the status conference be continued by approximately eight weeks, to Friday, October 6, 2017, and that the time between August 4, 2017, and October 6, 2017 be excluded for continuity of counsel and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

IT SO STIPULATED.

DATED: August 1, 2017                          BRIAN J. STRETCH
                                               United States Attorney


                                               _____/s/_____
                                               KATHERINE L. WAWRZYNIAK
                                               Assistant United States Attorney


DATED: August 1, 2017                          _____/s/_____
                                               HARRIS B. TABACK
                                               Counsel for Defendant Marcos Anthony Hatch


## [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, the August 4, 2017, status conference in the above-captioned matter is hereby continued to Friday, October 6, 2017, at 9:30 a.m. The time between August 4, 2017 and October 6, 2017 is excluded from the running of the speedy trial clock for continuity of counsel and effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.


DATED: August 1, 2017                          _____
                                               HONORABLE JON S. TIGAR
                                               United States District Judge

1    <u>Attestation of Filer</u>

2          In addition to myself, the other signatory to this document is Harris B. Taback.  I attest that I have

3    his permission to enter a conformed signature on his behalf and to file the document.

4    DATED: August 1, 2017                                    /s/
                                                    KATHERINE L. WAWRZYNIAK
5                                                   Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28