UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-cr-00301-JST-1 |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST FOR PRODUCTION OF MODIFIED PRE-SENTENCING REPORT** |
| v. | |
| MARCOS ANTHONY HATCH, | Re: ECF No. 24 |
| Defendant. | |

Pursuant to the parties' stipulated request, ECF No. 24, the United States Probation Office is directed to prepare a pre-plea modified presentence investigation report limited to the defendant's criminal history. The report must be completed prior to October 6, 2017.

The Court notes that Counsel made their request without first asking the Probation Office whether it could comfortably produce the requested report by the stated deadline. The Court made such an inquiry before issuing this order. Counsel are urged to make a similar inquiry with regard to future requests of that office.

IT IS SO ORDERED.

Dated: September 5, 2017

_____
JON S. TIGAR
United States District Judge