1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0301 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM OCTOBER 6, 2017 TO NOVEMBER 3, 2017 |
| v. | |
| MARCOS ANTHONY HATCH, | |
| Defendant. | |

**STIPULATION**

A status conference in this matter is currently set for October 6, 2017, at 9:30 a.m. The undersigned Assistant United States Attorney has spoken to defense counsel Harris Taback. Mr. Taback recently returned from vacation and is still reviewing discovery in this matter. In addition, the parties are awaiting the pre-plea modified presentence investigation report from U.S. Probation. (*See* ECF 25.) Co-defendant Manuel John Dovala has a status conference set for Friday, November 3, 2017, at 9:30 a.m.

In light of the foregoing, defendant Hatch and the government hereby request and stipulate that the status conference presently set for October 6, 2017, be continued to November 3, 2017, and that the

STIP. AND [PROPOSED] ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0301 JST                                    1

time between October 6, 2017, and November 3, 2017 be excluded for effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The additional time will allow Mr. Taback to assess the case and advise his client. It will also facilitate coordination of future dates with co-defendant Dovala.

IT SO STIPULATED.

DATED: October 4, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: October 4, 2017

/s/
HARRIS B. TABACK
Counsel for Defendant Marcos Anthony Hatch

## [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, the October 6, 2017, status conference in the above-captioned matter is hereby continued to Friday, November 3, 2017, at 9:30 a.m. The time between October 6, 2017, and November 3, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 4, 2017

HONORABLE JON S. TIGAR
United States District Judge

### Attestation of Filer

In addition to myself, the other signatory to this document is Harris B. Taback. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: October 4, 2017

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

STIP. AND [PROPOSED] ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-0301 JST                                           2