1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0301 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | |
| MARCOS ANTHONY HATCH, | |
| Defendant. | |

**STIPULATION**

Defendant Hatch's sentencing is currently set for May 11, 2018, at 9:30 a.m. Defense counsel would like more time to prepare for sentencing. Defendant is gainfully employed and has not had any issues with his conditions of release.

Because co-defendant Manuel John Dovala is set for sentencing on August 17, 2018, at 9:30 a.m., the government believes that continuing Hatch's sentencing serves the interests of efficiency and fairness. Having the sentencings closer together will streamline U.S. Probation's preparation of the respective Presentence Investigative Reports, as there is significant overlapping offense conduct. Coordination is also sensible, in the government's view, because it will facilitate the Court's assessment

of relative culpability and help avoid unwarranted sentence disparities, consistent with 18 U.S.C. § 3553(a).

In light of the foregoing, defendant Hatch and the government hereby request and stipulate that the sentencing hearing presently set for May 11, 2018, be continued to August 3, 2018 at 9:30 a.m. IT SO STIPULATED.

DATED: April 3, 2018

ALEX G. TSE
Acting United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: April 3, 2018

/s/
HARRIS B. TABACK
Counsel for Defendant Marcos Anthony Hatch

### [PROPOSED] ORDER

Based on the parties' stipulation and for good cause shown, the sentencing hearing for defendant Marcos Anthony Hatch presently set for May 11, 2018, is continued to August 3, 2018 at 9:30 a.m. IT IS SO ORDERED.

DATED: April 4, 2018

HONORABLE JON S. TIGAR
United States District Judge

STIP. AND [PROPOSED] ORD. CONT. SENTENCING
CR 17-0301 JST                                              2